Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−11336−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth R. Lee III | Marisol Lee |
| 306 Edwards Rd | 306 Edwards Rd |
| Parsippany, NJ 07054−2207 | Parsippany, NJ 07054−2207 |

Social Security No.:
  xxx−xx−7392                                               xxx−xx−8639

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/27/18 at 10:30 AM

to consider and act upon the following:

*80* – Motion to Approve Loan Modification with Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust Filed by Denise E. Carlon on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust. Objection deadline is 06/1/2018. (Attachments: # 1 Certification # 2 Exhibit Loan Modification # 3 Exhibit Loan Modification Summary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)A HEARING IS REQUIRED. Modified on 5/21/2018 (env).

Dated: 5/21/18

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court