Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

―――――――――――――――――――――――――――――――――――――――――――――

Case No.:  16−11336−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth R. Lee III | Marisol Lee |
| 306 Edwards Rd | 306 Edwards Rd |
| Parsippany, NJ 07054−2207 | Parsippany, NJ 07054−2207 |

Social Security No.:
    xxx−xx−7392

                                                     xxx−xx−8639

Employer's Tax I.D. No.:

―――――――――――――――――――――――――――――――――――――――――――――

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/27/18 at 10:30 AM

to consider and act upon the following:

*80* – Motion to Approve Loan Modification with Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust Filed by Denise E. Carlon on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust. Objection deadline is 06/1/2018. (Attachments: # 1 Certification # 2 Exhibit Loan Modification # 3 Exhibit Loan Modification Summary # 4 Proposed Order # 5 Certificate of Service) (Carlon, Denise)A HEARING IS REQUIRED. Modified on 5/21/2018 (env).

Dated: 5/21/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11336-SLM
Kenneth R. Lee, III                                                       Chapter 13
Marisol Lee
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: May 21, 2018
                             Form ID: ntchrgbk      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/jdb        Kenneth R. Lee, III,    Marisol Lee,    306 Edwards Rd,    Parsippany, NJ 07054-2207
aty          +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr           +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road,    Suite 1350,
              Bethesda, MD 20814-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 21 2018 22:36:54     Synchrony Bank,
              c/o Recovery Mgmt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Charles H. Jeanfreau    on behalf of Creditor    Ventures Trust 2013 I-H-R by MCM Capital Partners,
              LLC its Trustee Charlesj@w-legal.com,    BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
              Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
              Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
              bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Steven D. Pertuz    on behalf of Debtor Kenneth R. Lee, III pertuzlaw@verizon.net,
              G16461@notify.cincompass.com
              Steven D. Pertuz    on behalf of Joint Debtor Marisol  Lee pertuzlaw@verizon.net,
              G16461@notify.cincompass.com
                                                                                      TOTAL: 6