Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−11336−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kenneth R. Lee III                    Marisol Lee
306 Edwards Rd                        306 Edwards Rd
Parsippany, NJ 07054−2207             Parsippany, NJ 07054−2207

Social Security No.:
   xxx−xx−7392                                    xxx−xx−8639

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 15, 2016.

On 11/13/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                 December 12, 2018
Time:                 08:30 AM
Location:             Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 14, 2018
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-11336-SLM
Kenneth R. Lee, III                                                       Chapter 13
Marisol Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: 185             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb         Kenneth R. Lee, III,    Marisol Lee,    306 Edwards Rd,    Parsippany, NJ   07054-2207
aty           +Kevin McDonald,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr            +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road,    Suite 1350,
                Bethesda, MD 20814-6240
515963800      Atlantic Credit & Finance, LLC,    Special Finance Unit c/o Morgan Bornstei,
                1236 Brace Rd Ste K,    Cherry Hill, NJ   08034-3229
515963802      BSI Financial Services,    314 S Franklin St,    Titusville, PA   16354-2168
515963803      BSI Financial Services,    Attn: Qualified Written Requests,    1425 Greenway Dr Ste 400,
                Irving, TX   75038-2480
515963801      Bank of America Home Mortgage,    100 N Tryon St,    Charlotte, NC   28202-4000
516053013     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515963806      Chase Bank,    Cardmember Services,    PO Box 15298,    Wilmington, DE   19885-0004
517018645     +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
517018646     +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,    Fay Servicing, LLC,
                3000 Kellway Dr. 75006-3357
515963807      Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA   19106-1541
516008221    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    PO Box 9490,
                Cedar Rapids, IA   52409-9490)
516008650     +Toyota Motor Credit Corporation (See 410),    P.O. Box 9013,    Addison, Texas 75001-9013
516195570     +Ventures Trust 2013-I-H-R, by MCM Capital Partners,    7500 Old Georgetown Road, Suite 13530,
                Bethesda, MD 20814-6133
517163449     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 01:45:31      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 01:45:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:48:47      Synchrony Bank,
                c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515963799      E-mail/Text: legal@arsnational.com Nov 15 2018 01:44:50      ARS National Services, Inc.,
                PO Box 469046,    Escondido, CA  92046-9046
516008210      E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2018 01:44:14      Ally Financial,
                PO Box 380901,    Bloomington, MN   55438-0901
516019815      E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2018 01:44:14      Ally Financial Lease Trust,
                PO Box 130424,    Roseville, MN 55113-0004
515963805      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 01:48:56      Capital One Bank,
                PO Box 85520,    Richmond, VA  23285-5520
515963804      E-mail/Text: cms-bk@cms-collect.com Nov 15 2018 01:44:49      Capital Management Services, LP,
                698 1/2 S Ogden St,    Buffalo, NY  14206-2317
516177406     +E-mail/Text: bncmail@w-legal.com Nov 15 2018 01:45:43      Cerastes, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516008219      E-mail/Text: mrdiscen@discover.com Nov 15 2018 01:44:16      Discover Bank,    PO Box 30943,
                Salt Lake City, UT  84130-0943
516007480      E-mail/Text: mrdiscen@discover.com Nov 15 2018 01:44:16      Discover Bank,
                Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516041176      E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 01:48:47      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516008211*     ARS National Services, Inc.,    PO Box 469046,    Escondido, CA  92046-9046
516008212*     Atlantic Credit & Finance, LLC,    Special Finance Unit c/o Morgan Bornstei,
                1236 Brace Rd Ste K,    Cherry Hill, NJ   08034-3229
516008215*     BSI Financial Services,    314 S Franklin St,    Titusville, PA   16354-2168
516008214*     BSI Financial Services,    Attn: Qualified Written Requests,    1425 Greenway Dr Ste 400,
                Irving, TX   75038-2480
516008213*     Bank of America Home Mortgage,    100 N Tryon St,    Charlotte, NC   28202-4000
516008217*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    PO Box 85520,    Richmond, VA   23285-5520)
516008216*     Capital Management Services, LP,    698 1/2 S Ogden St,    Buffalo, NY  14206-2317
516008218*     Chase Bank,    Cardmember Services,    PO Box 15298,    Wilmington, DE  19885-0004
516008220*     Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
517163450*    +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357
                                                                                   TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:

         Charles H. Jeanfreau    on behalf of Creditor    Ventures Trust 2013 I-H-R by MCM Capital Partners,
         LLC its Trustee Charlesj@w-legal.com,  BNCmail@w-legal.com
         Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
         bkgroup@kmllawgroup.com
         Marie-Ann Greenberg     magecf@magtrustee.com
         Steven D. Pertuz    on behalf of Joint Debtor Marisol   Lee pertuzlaw@verizon.net,
         G16461@notify.cincompass.com
         Steven D. Pertuz    on behalf of Debtor Kenneth R. Lee, III pertuzlaw@verizon.net,
         G16461@notify.cincompass.com

         TOTAL: 6