Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 16−11336−SLM  
        Chapter: 13  
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth R. Lee III | Marisol Lee |
| 306 Edwards Rd | 306 Edwards Rd |
| Parsippany, NJ 07054−2207 | Parsippany, NJ 07054−2207 |

Social Security No.:  
  xxx−xx−7392                                                                       xxx−xx−8639

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/13/19 at 10:00 AM

to consider and act upon the following:

**99** − Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/17/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

**101** − Certification in Opposition to (related document:99 Certification of Default of Standing Trustee. re: Fail to Provide Status Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/17/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Steven D. Pertuz on behalf of Kenneth R. Lee III, Marisol Lee. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 1/18/19

                                                              Jeanne Naughton  
                                                              Clerk, U.S. Bankruptcy Court