**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    KENNETH R. LEE, III
    MARISOL LEE

Order Filed on March 15, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**Case No.:  16-11336 SLM**

**Hearing Date:  3/13/2019**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 15, 2019

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): KENNETH R. LEE, III
                 MARISOL LEE

Case No.:  16-11336

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/13/2019 on notice to STEVEN D. PERTUZ,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must file applications to retain special counsel nunc pro tunc for both actions by

  3/20/2019 or the case will be dismissed upon certification of the Trustee with 14 days notice to Debtor and

  Debtor's attorney.