Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–11336–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth R. Lee III | Marisol Lee |
| 306 Edwards Rd | 306 Edwards Rd |
| Parsippany, NJ 07054–2207 | Parsippany, NJ 07054–2207 |

Social Security No.:
  xxx–xx–7392                                     xxx–xx–8639

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/10/19 at 10:00 AM

to consider and act upon the following:

*109* – Application For Retention of Professional Anthony Carbone, Esq. as Special Counsel Filed by Steven D. Pertuz on behalf of Kenneth R. Lee III, Marisol Lee. Objection deadline is 3/25/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Pertuz, Steven)

Dated: 4/1/19

                                                                                   Jeanne Naughton
                                                                                    Clerk, U.S. Bankruptcy Court