Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  16−11336−SLM
                                    Chapter:  13
                                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth R. Lee III                          Marisol Lee
   306 Edwards Rd                              306 Edwards Rd
   Parsippany, NJ 07054−2207                   Parsippany, NJ 07054−2207

Social Security No.:
   xxx−xx−7392                                 xxx−xx−8639

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       7/16/19
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Steven D. Pertuz, Debtor's Attorney,

COMMISSION OR FEES
$3,630.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 10, 2019
JAN:

                                    Jeanne Naughton
                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 16-11336-SLM
Kenneth R. Lee, III                                           Chapter 13
Marisol Lee
         Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2                Date Rcvd: Jun 10, 2019
                               Form ID: 137             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db/jdb         Kenneth R. Lee, III,    Marisol Lee,    306 Edwards Rd,    Parsippany, NJ   07054-2207
aty           +Kevin McDonald,    216 Haddon Ave.,   Ste. 406,    Westmont, NJ 08108-2812
cr            +Ventures Trust 2013-I-H-R by MCM Capital Partners,     7500 Old Georgetown Road,    Suite 1350,
               Bethesda, MD 20814-6240
515963800      Atlantic Credit & Finance, LLC,    Special Finance Unit c/o Morgan Bornstei,
               1236 Brace Rd Ste K,    Cherry Hill, NJ   08034-3229
515963802      BSI Financial Services,    314 S Franklin St,    Titusville, PA   16354-2168
515963803      BSI Financial Services,    Attn: Qualified Written Requests,    1425 Greenway Dr Ste 400,
               Irving, TX   75038-2480
515963801      Bank of America Home Mortgage,    100 N Tryon St,    Charlotte, NC   28202-4000
516053013     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515963806      Chase Bank,    Cardmember Services,    PO Box 15298,    Wilmington, DE   19885-0004
517018645     #+Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
517018646     #+Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006,   Fay Servicing, LLC,
               3000 Kellway Dr. 75006-3357
515963807      Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA   19106-1541
516008221     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,     PO Box 9490,
               Cedar Rapids, IA   52409-9490)
516008650     +Toyota Motor Credit Corporation (See 410),    P.O. Box 9013,    Addison, Texas 75001-9013
516195570     +Ventures Trust 2013-I-H-R, by MCM Capital Partners,     7500 Old Georgetown Road, Suite 13530,
               Bethesda, MD 20814-6133
517163449     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 00:31:53      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 00:31:49      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:08      Synchrony Bank,
               c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515963799      E-mail/Text: legal@arsnational.com Jun 11 2019 00:31:23      ARS National Services, Inc.,
               PO Box 469046,    Escondido, CA   92046-9046
516008210      E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2019 00:30:45      Ally Financial,
               PO Box 380901,   Bloomington, MN   55438-0901
516019815      E-mail/Text: ally@ebn.phinsolutions.com Jun 11 2019 00:30:45      Ally Financial Lease Trust,
               PO Box 130424,   Roseville, MN 55113-0004
515963805      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 00:28:36       Capital One Bank,
               PO Box 85520,   Richmond, VA   23285-5520
515963804      E-mail/Text: cms-bk@cms-collect.com Jun 11 2019 00:31:22      Capital Management Services, LP,
               698 1/2 S Ogden St,    Buffalo, NY   14206-2317
516177406     +E-mail/Text: bncmail@w-legal.com Jun 11 2019 00:32:01      Cerastes, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516008219      E-mail/Text: mrdiscen@discover.com Jun 11 2019 00:30:46      Discover Bank,    PO Box 30943,
               Salt Lake City, UT   84130-0943
516007480      E-mail/Text: mrdiscen@discover.com Jun 11 2019 00:30:46      Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516041176      E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2019 00:29:11      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516008211*      ARS National Services, Inc.,    PO Box 469046,    Escondido, CA   92046-9046
516008212*      Atlantic Credit & Finance, LLC,    Special Finance Unit c/o Morgan Bornstei,
                1236 Brace Rd Ste K,    Cherry Hill, NJ   08034-3229
516008215*      BSI Financial Services,    314 S Franklin St,    Titusville, PA   16354-2168
516008214*      BSI Financial Services,    Attn: Qualified Written Requests,    1425 Greenway Dr Ste 400,
                Irving, TX   75038-2480
516008213*      Bank of America Home Mortgage,    100 N Tryon St,    Charlotte, NC   28202-4000
516008217*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,     PO Box 85520,    Richmond, VA   23285-5520)
516008216*      Capital Management Services, LP,    698 1/2 S Ogden St,    Buffalo, NY   14206-2317
516008218*      Chase Bank,    Cardmember Services,    PO Box 15298,    Wilmington, DE   19885-0004
516008220*      Kivitz McKeever Lee PC,    701 Market St Ste 5000,    Philadelphia, PA   19106-1541
517163450*     +Wilmington Savings Fund Society, FSB,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                Carrollton, TX 75006-3357
                                                                                    TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Jun 10, 2019
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
```
              Charles H. Jeanfreau     on behalf of Creditor    Ventures Trust 2013 I-H-R by MCM Capital Partners,
               LLC its Trustee Charlesj@w-legal.com, BNCmail@w-legal.com
              Denise E. Carlon     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Sindi Mncina     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust smncina@rascrane.com
              Steven D. Pertuz     on behalf of Joint Debtor Marisol  Lee pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              Steven D. Pertuz     on behalf of Debtor Kenneth R. Lee, III pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
                                                                                             TOTAL: 7
```