UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
SDP-56323
pertuzlaw@verizon.net

**Order Filed on June 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

KENNETH R. LEE, III AND MARISOL LEE

Case No.: 16-11336

Chapter: 13

Judge: SLM

## ORDER AUTHORIZING RETENTION OF

Anthony Carbone, Esq. as Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: June 18, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Anthony Carbone, Esq.___
as ___Special Counsel___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  12 Oakland Avenue
   Jersey City, NJ 07306

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is ~~the date the application was filed with the Court~~. Nunc Pro Tunc to July 27, 2016. All fees and costs paid on July 27, 2016 are pending court approval in a separate motion to approve settlement or controversy, Nunc Pro Tunc.

*rev.8/1/15*

2