THE LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
Attorneys for Kenneth R. Lee
& Marisol Lee, Debtors

By:    STEVEN D. PERTUZ, Esquire
        SDP-5632

**Order Filed on June 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| | |
|---|---|
| In the Matter of: | : UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| | : NEWARK VICINAGE |
| KENNETH R. LEE & MARISOL LEE | : Case No. 16-11336 (SLM) |
| | : Chapter 13 |
| Debtors. | : |

### ORDER APPROVING SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a), NUNC PRO TUNC

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 18, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  KENNETH R. LEE & MARISOL LEE
Case No. 16-11336
Re:    ORDER APPROVING SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY
PROCEDURE 9019(a), NUNC PRO TUNC

---

**THIS MATTER**, came to the attention of the Court upon the motion of the Debtors, Kenneth R, Lee and Marisol Lee, seeking an Order Approving Settlement Under Federal Rule of Bankruptcy Procedure 9019(a), Nunc Pro Tunc.  The Court, having considered the submissions before it; and due and proper notice of the Motion having been provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, the Estate, creditors, and all parties in interest; and after due deliberation and sufficient cause exists to make the following, it is hereby

ORDERED, that the Motion is granted as provided herein, Nunc Pro Tunc, effective July 27, 2016; and it further

ORDERED that the Orders Approving Settlement, as set forth on **Exhibit "A"** annexed hereto, are approved in its entirety, including, without limitation, all fees and disbursements thereto.

ORDERED that counsel for the Debtors shall serve this Order on all parties who have entered an appearance on said matter and the Chapter 13 Trustee within 7 days of the entry of the Order.