THE LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
Attorneys for Kenneth R. Lee
& Marisol Lee, Debtors

By:     STEVEN D. PERTUZ, Esquire
        SDP-5632

Order Filed on June 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

_____
                                            :    UNITED STATES BANKRUPTCY COURT
In the Matter of:                           :    FOR THE DISTRICT OF NEW JERSEY
                                            :    NEWARK VICINAGE
KENNETH R. LEE                              :
&                                           :    Case No. 16-11336 (SLM)
MARISOL LEE                                 :
                                            :    Chapter 13
        Debtors.                            :
_____         :

**ORDER APPROVING SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY
PROCEDURE 9019(a), NUNC PRO TUNC**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 18, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  KENNETH R. LEE & MARISOL LEE
Case No. 16-11336
Re:    ORDER APPROVING SETTLEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a), NUNC PRO TUNC

**THIS MATTER**, came to the attention of the Court upon the motion of the Debtors, Kenneth R, Lee and Marisol Lee, seeking an Order Approving Settlement Under Federal Rule of Bankruptcy Procedure 9019(a), Nunc Pro Tunc. The Court, having considered the submissions before it; and due and proper notice of the Motion having been provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, the Estate, creditors, and all parties in interest; and after due deliberation and sufficient cause exists to make the following, it is hereby

ORDERED, that the Motion is granted as provided herein, Nunc Pro Tunc, effective July 27, 2016; and it further

ORDERED that the Orders Approving Settlement, as set forth on **Exhibit "A"** annexed hereto, are approved in its entirety, including, without limitation, all fees and disbursements thereto.

ORDERED that counsel for the Debtors shall serve this Order on all parties who have entered an appearance on said matter and the Chapter 13 Trustee within 7 days of the entry of the Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth R. Lee, III  
Marisol Lee  
    Debtors

Case No. 16-11336-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 18, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.  
db/jdb         Kenneth R. Lee, III,    Marisol Lee,    306 Edwards Rd,    Parsippany, NJ    07054-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
       Charles H. Jeanfreau    on behalf of Creditor    Ventures Trust 2013 I-H-R by MCM Capital Partners, LLC its Trustee Charlesj@w-legal.com, BNCmail@w-legal.com
       Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Sindi Mncina    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust smncina@rascrane.com
       Steven D. Pertuz    on behalf of Joint Debtor Marisol Lee pertuzlaw@verizon.net, G16461@notify.cincompass.com
       Steven D. Pertuz    on behalf of Debtor Kenneth R. Lee, III pertuzlaw@verizon.net, G16461@notify.cincompass.com
                                                                                                                             TOTAL: 7