UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel: (973) 669-8600
Fax: (973) 669-8700
spertuz@pertuzlaw.com
SDP-5632

Order Filed on July 17, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

KENNETH R. LEE, III & MARISOL LEE

Case No.: 16-11336

Chapter: 13

Judge: SLM

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 17, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Steven D. Pertuz, Esq. _____, the applicant, is allowed a fee of $ _____ 3,630.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 3,630.00 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 363.00 _____ per month for _____ 11 _____ months to allow for payment of the above fee.

*rev.8/1/15*